# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Wednesday, January 6, 2010**    Hearing Room 304

1:31 pm

**6:09-38273**    **Christopher Robin Deulen and Angela Ann Deulen**    **Chapter 13**

#14.00    Hrg. on Confirmation of Chapter 13 Plan

Docket #:

EH ___

D. Singer,
Debtor

**Matter Notes:**

( ) **Confirmed** per trustee's recommendation    - Plan provisions: % to pay ___

Duration ___

Payment $___

( ) **Objection** to plan:    ( ) Withdrawn    ( ) Sustained    ( ) Overruled

(X) **Case Dismissed**

(X) without prejudice    ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

( ) **Continued** to ___ at ___ p.m.

( ) **Off calendar**

( ) **Other**

**Courtroom Deputy:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -